# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ULY RAMON HENDERSON

NO. 2020 KW 0288

**MARCH 18, 2020**

---

In Re:   State of Louisiana, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 789790.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

> PMc
> JEW
> GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT